UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOCAL 67, OPERATIVE PLASTERERS
AND CEMENT MASONS'
INTERNATIONAL ASSOCIATION, AFL-
CIO,

            Case Number: 04-73022

    Plaintiff,

            JUDGE PAUL D. BORMAN
v.            UNITED STATES DISTRICT COURT

GEM MANAGEMENT COMPANY, INC..
    Defendant.
_____ /

## ORDER CLARIFYING DISCOVERY PERIOD

With regard to Plaintiff's pending October 17, 2005 Motion for Summary Judgment (Dock. No. 55), the Court, on a March 1, 2007 telephone conference call, gave the parties until May 1, 2007 to conduct limited discovery on the issues raised in said motion. At that time, the Court also set a May 9, 2007 deadline for Defendant to file a Response and a May 14, 2007 deadline for Plaintiff to file a Reply. These deadlines have not changed. The hearing on this motion is set for Thursday, May 24 at 3:00 pm.

The Court, in its February 28, 2007 Amended Scheduling Order, set a discovery deadline of April 12, 2007 for any other motions, with a dispositive motion cut off of June 12, 2007. The Court will not extend that discovery period regarding any such additional motions yet to be filed.

**SO ORDERED**.

            S/Paul D. Borman
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated: April 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 18, 2007.

                                        S/Denise Goodine
                                        Case Manager