**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOCAL 67, OPERATIVE PLASTERERS
AND CEMENT MASONS INTERNATIONAL
ASSOCIATION, AFL-CIO,

        Plaintiff,

                              CASE NO. 04-73022

v.

                              PAUL D. BORMAN
GEM MANAGEMENT COMPANY, INC.,    UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

## ORDER DENYING DEFENDANT GEM'S COUNTER-MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 108)

On May 14, 2007, Defendant GEM filed a Counter-Motion for Summary Judgment (Dock. No. 108) against Plaintiff Local 67. In light the Court's opinion granting Plaintiff Local 67's Motion for Summary Judgment, the Court DENIES GEM's Counter-Motion for Summary Judgment as MOOT.

**SO ORDERED.**

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: June 15, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 15, 2007.

                                        s/Denise Goodine
                                        Case Manager