UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**OPERATIVE PLASTERERS' LOCAL 67
AND CEMENT MASONS INTERNATIONAL
ASSOCIATION, AFL-CIO,**                           Case No.:  2:04-CV-73022

        Plaintiff,                           Honorable Paul D. Borman

v.

**GEM MANAGEMENT COMPANY, INC.**,

        Defendant.
_____/

| | |
|---|---|
| **MILLER COHEN, P.L.C.** | **MASUD, PATTERSON, SCHUTTER & PETERS, P.C.** |
| Eric I. Frankie (P-47232) | David John Masud (P-37219) |
| Attorneys for Plaintiff | Katherine S. Gardner (P-59050) |
| 600 W. Lafayette Blvd., 4th Floor | Attorneys for Defendant |
| Detroit, MI 48226 | 4449 Fashion Square Blvd. |
| (313) 964-4454 | Saginaw, MI  48603 |
| | (989) 792-4499 |

_____/

## JUDGEMENT

At a session of said Court held in the Eastern
District of Michigan, Southern Division, in the
Theodore Levin United States Courthouse, City of
Detroit, County of Wayne, State of Michigan on

_____

Hon. Present _____
               U.S. District Court Judge


Based on the Court's June 15, 2007 Opinion and Order Granting Plaintiff Operative

Plasterers' Local 67's Motion for Summary Judgement, the Court hereby enters judgement in

favor of Plaintiff Operative Plasterers' and Cement Masons International Association, AFL-CIO

1

in the amount of $342,324.98 plus taxable costs, fees and interest against Defendant GEM Management Company, Inc.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 26, 2007.

s/Denise Goodine
Case Manager