**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOCAL 67, OPERATIVE PLASTERERS
AND CEMENT MASONS INTERNATIONAL
ASSOCIATION, AFL-CIO,

                Plaintiffs,                CASE NO. 04-CV-73022

-vs-                                            PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

GEM MANAGEMENT COMPANY, INC.,

                Defendants.
_____/

**ORDER DENYING
DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT**

Before the Court is Defendant's Motion to Alter or Amend the Court's June 15, 2007 Opinion and Order Granting Plaintiffs' Motion for Summary Judgment. Defendant seeks to amend the June 15, 2007 Order pursuant to Fed. R. Civ. P. 59(e), arguing the Court made clear errors of law.

After review, the Court finds that Defendant's Motion is without merit. The Court fully and comprehensively dealt with all issues brought before it by the parties before issuing its Order of June 15, 2007. Therefore, Defendant's Motion is **DENIED**. (Doc. No. 116).

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 21, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 21, 2007.

s/Denise Goodine
Case Manager