**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOCAL 67, OPERATIVE PLASTERERS
AND CEMENT MASONS INTERNATIONAL
ASSOCIATION, AFL-CIO,

        Plaintiffs,         CASE NO. 04-CV-73022

-vs-         PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

GEM MANAGEMENT COMPANY, INC.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANT'S OBJECTION TO PLAINTIFF'S PROPOSED JUDGMENT SUBMITTED UNDER L.R. 58.1

Before the Court is Defendant GEM Management Company, Inc.'s Objection to Plaintiff's Proposed Judgment Submitted under L.R. 58.1. (Doc. No. 117).

On June 15, 2007, the Court granted Plaintiff's Motion for Summary Judgment and denied Defendant's Motion for Summary Judgment. (Doc. Nos. 111, 112). On June 22, 2007, Plaintiff submitted a proposed judgment pursuant to L.R. 58.1. On June 29, 2007, Defendant filed the present Objection to the submitted order.

Defendant objects to the proposed judgment on the basis that the judgment awards "taxable costs, fees" which were not provided for in the Joint Grievance Board award. (*See* Compl. Ex. A, Joint Grievance Board award). After review, the Court agrees and shall strike the language at issue from the proposed judgment. As a result the Judgment shall award Plaintiff $342,324.98 and interest against Defendant. An amended Judgment shall issue.

**SO ORDERED**.

                                            s/Paul D. Borman  
                                            PAUL D. BORMAN  
                                            UNITED STATES DISTRICT JUDGE

Dated: January 3, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 3, 2008.

                                            s/Denise Goodine  
                                            Case Manager