**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOCAL 67, OPERATIVE PLASTERERS
AND CEMENT MASONS INTERNATIONAL
ASSOCIATION, AFL-CIO,

                Plaintiffs,                CASE NO. 04-CV-73022

-vs-                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

GEM MANAGEMENT COMPANY, INC.,

                Defendants.
_____/

## FINAL JUDGMENT

      At a session of said Court held in the Eastern District of Michigan, Southern Division, in the Theodore Levin United States Courthouse, City of Detroit, County of Wayne, State of Michigan on
1/3/08
Hon. PAUL D. BORMAN
U.S. District Court Judge

      Based on the Court's June 15, 2007 Opinion and Order Granting Plaintiff Operative Plasterers' Local 67's Motion for Summary Judgment, the Court hereby enters judgment in favor of Plaintiff Operative Plasterers' and Cement Masons International Association, AFL-CIO in the amount of $342,324.98 plus interest against Defendant GEM Management Company, Inc.

**SO ORDERED**.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 3, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 3, 2008.

                                                  s/Denise Goodine
                                                  Case Manager